ROTHWELL, Appellant, v. CRAIG.

Division Two, February 7, 1899.

*Appeal from Saline Circuit Court.*—HON. RICHARD FIELD, Judge.

AFFIRMED.

BURGESS, J.—This is a companion case to Rothwell v. Jamison, page 601, and for reasons stated in the opinion in that case, the judgment is affirmed.

GANTT, P. J., and SHERWOOD, J., concur.